# NO. 12-22-00228-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE:* | § | |
| *SHANDI TULLOS,* | § | *ORIGINAL PROCEEDING* |
| *RELATOR* | § | |

## *MEMORANDUM OPINION*
## *PER CURIAM*

Relator Shandi Ray Tullos filed this original proceeding contending that Respondent abused his discretion by modifying temporary custody of her minor child, S.R.T., having removed the requirement that Real Party in Interest Martin Shoel Brashear's periods of possession be supervised until he could produce a negative drug test.[1] On September 30, 2022, this Court conditionally granted the petition and directed Respondent to (1) vacate his order removing the requirements that Brashear's possession of S.R.T. be supervised by Brashear's mother and that Brashear pass a drug test, and (2) enter an order reinstating these requirements. By an order to vacate filed with this Court on October 24 and revised temporary orders signed on October 26, Respondent complied with this Court's opinion and order, rendering this proceeding moot. Accordingly, we dismiss the petition for writ of mandamus as ***moot***.

Opinion delivered October 31, 2022.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

---

[1] Respondent is the Honorable John E. Wells, III, Judge of the 411th District Court in Trinity County, Texas.



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**OCTOBER 31, 2022**

**NO. 12-22-00228-CV**

**SHANDI TULLOS,**
Relator
V.

**HON. JOHN E. WELLS, III,**
Respondent

## ORIGINAL PROCEEDING

ON THIS DAY came to be heard the petition for writ of mandamus filed by Shandi Tullos; who is the relator in appellate cause number 12-22-00228-CV and a party to trial court cause number 23755, pending on the docket of the 411th Judicial District Court of Trinity County, Texas. Said petition for writ of mandamus having been filed herein on August 24, 2022, and the same having been duly considered, because it is the opinion of this Court that the writ should not issue, it is therefore CONSIDERED, ADJUDGED and ORDERED that the said petition for writ of mandamus be, and the same is, hereby **dismissed as moot**.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*